## ATTACHMENT A-STATEMENT OF FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **DAVID B. TWITTY** was a resident of Hyattsville, Maryland.

On August 16, 2009, **TWITTY,** utilizing the screenname "perv62," distributed 68 images depicting children engaged in sexually explicit conduct to an online website where users would upload and download child pornography. One of the files **TWITTY** distributed was:

* 1a 113-1359_imglo.jpg, which depicts an adult male anally penetrating a pre-pubescent female.

On September 11, 2009, **TWITTY**, utilizing the screenname "perv62," distributed three image files depicting children engaged in sexually explicit conduct to the same online website. One of the files **TWITTY** distributed was:

* 62267234705128071583180828001122.jpg, which depicts a pre-pubescent female, naked from the waist down and lying on her back with her legs over her head displaying her genitalia.

On October 20, 2009, **TWITTY**, utilizing the screenname "perv62," distributed five image files depicting children engaged in sexually explicit conduct to the same online website. One of the files **TWITTY** distributed was :

* 10an12-1(1).jpg, which depicts two nude pre-pubescent males with one holding the erect penis of the other.

On December 15, 2009, **TWITTY,** utilizing the screenname "perv63" distributed 15 image files depicting children engaged in sexually explicit conduct to the same online website. One of the files **TWITTY** distributed was:

* 08 boy suck dad.jpg, which depicts a naked prepubescent male kneeling in front of an adult male that is naked from the waist down. The prepubescent male's left hand is on an adult male's penis and the adult male's penis in the prepubescent male's mouth.

On October 13 2010, after identifying "perv62" and "perv63" as **TWITTY**, agents executed a search warrant at **TWITTY**'s residence. **TWITTY** was interviewed and confessed that he distributed, received possessed child pornography. **TWITTY** had been trafficking in child pornography for six to seven years and would frequently masturbate to the images of

children engaged in sexually explicit conduct. **TWITTY** also advised that his interest was in images depicting pre-pubescent children engaged in sexually explicit conduct and that his collection included images depicting bondage and the sadomasochistic sexual abuse of children.

During the search, **TWITTY**'s computers and other digital media items were seized and forensically examined. The computers and hard drives utilized by **TWITTY** contained over 42,000 images and approximately 670 videos depicting children engaged in sexually explicit conduct in folders titled "porn-pedo" and "pedo-flix." Images present on **TWITTY**'s seized digital media on October 13, 2010 included:

* IMG_1006.jpg, which depicts a prepubescent female lying on a bed with the left hand of an adult male pulling aside the underwear of the prepubescent female, exposing her genitalia.

* Jan 18.jpg, which depicts a nude prepubescent female kneeling on a bed between the legs of a nude adult male. The adult male is standing in front of the nude prepubescent female and the prepubescent female's mouth is on the penis of the adult male. This image is a known image from the Jan-Feb series identified by NCMEC.

* LL-C1-26.jpg, which depicts a prepubescent female naked from the waist down and lying on her back on top of a nude male. The male's penis is penetrating the prepubescent female's vagina. The prepubescent female has her right hand on the penis of another nude prepubescent male that is on his knees near the prepubescent female's head    This image is a known image from the Blue Shirt Girl series identified by NCMEC. It depicts

The images and videos depict real children engaged in sexually explicit conduct. The images downloaded onto the defendant's computer were transported through the Internet and therefore traveled in interstate commerce.

\* \* \*

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

_6/24/11_  
Date

_David B. Twitty_  
David B. Twitty